## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**JAMES T. PARKER, II and**
**DEBRA L. PARKER,**

      **Plaintiffs,**

v.                            **CIVIL NO. 4:16-cv-156**

**FREEDOM MORTGAGE CORPORATION,**
**EXPERIAN INFORMATION SOULTIONS, INC.,**
**TRANS UNION LLC, and EQUIFAX**
**INFORMATION SERVICES, LLC.,**

      **Defendants,**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs James T. Parker and Debra L. Parker and Defendants Freedom Mortgage Corporation, Experian Information Solutions, Inc., Trans Union LLC., and Equifax Information Services, LLC., stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiffs and the Defendants to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 5th day of June, 2017.

-2-

**SEEN AND AGREED:**

By: /s/
Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com

*Counsel for Plaintiff*

By: /s/
David Neal Anthony, Esq.
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email:david.anthony@troutmansanders.com

*Counsel for Experian Information
Solutions, Inc.*

By: /s/
Daniel Berger, Esq.
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone: (301) 580-1500
Email: daniel.berger@troutmansanders.com

*Counsel for Experian Information
Solutions, Inc.*

By: /s/
Daniel Marran, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: dmarran@jonesday.com

*Counsel for Experian Information
Solutions, Inc.*

By: /s/
John Montgomery, Jr., Esq.
John W. Montgomery Jr. Atty, PLC.
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

*Counsel for Equifax Information
Services, LLC.*

By: /s/
Michael Robert Ward, Esq.
McCandlish Holton Morris
1111 E Main Street, Suite 2100
Richmond, Virginia 23219
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
Email: mward@lawmh.com

*Counsel for Trans Union LLC.*

| | |
|---|---|
| *By:* /s/ <br> Gibson Wright, Esq. <br> McCandlish Holton Morris <br> 1111 E Main Street <br> Suite 2100 <br> Richmond, Virginia  23219 <br> Telephone: (804) 775-3100 <br> Facsimile: (804) 775-3800 <br> Email: gwright@lawmh.com <br><br> *Counsel for Trans Union LLC.* | *By:* /s/ <br> Simran Rahi, Esq. <br> Stradley Ronon Stevens & Young, LLP <br> 1250 Connecticut Avenue, NW <br> Suite 500 <br> Washington, DC  20036 <br> Telephone: (202) 507-5156 <br> Facsimile: (202) 822-0140 <br> Email: srahi@stradley.com <br><br> *Counsel for Freedom Mortgage Corporation* |
| *By:* /s/ <br> Andrew Stutzman, Esq. <br> Stradley Ronon Stevens & Young, LLP <br> 2005 Market Street <br> Suite 2600 <br> Philadelphia, Pennsylvania  19103 <br> Telephone: (215) 564-1000 <br> Facsimile: (215) 564-8120 <br> Email: astutzman@stradley.com <br><br> *Counsel for Freedom Mortgage Corporation* | *By:* /s/ <br> David Rosen, Esq. <br> Stradley Ronon Stevens & Young, LLP <br> 1250 Connecticut Avenue, NW <br> Suite 500 <br> Washington, DC  20036 <br> Telephone: (202) 507-6401 <br> Facsimile: (202) 822-0140 <br> Email: drosen@stradley.com <br><br> *Counsel for Freedom Mortgage Corporation* |