IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JAMES T. PARKER, II and
DEBRA L. PARKER,

    Plaintiffs

v.                              CIVIL NO. 4:16-cv-156

FREEDOM MORTGAGE CORPORATION,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC., and EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **JAMES T. PARKER and DEBRA L. PARKER**, and the Defendants **FREEDOM MORTGAGE CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC., and EQUIFAX INFORMATION SERVICES, LLC.** by counsel, and hereby moves the Court to dismiss with prejudice all claims against the Defendants, in the above-styled action.

All parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against Defendants, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 5th day of June, 2017.

/s/ MSD
Mark S. Davis
United States District Judge

JUDGE